LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ARMEN N. NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendants
AMAZON.COM, INC., and A2Z
DEVELOPMENT CENTER, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| R.A., a minor, by and through his guardian, Steve Altes, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and A2Z DEVELOPMENT CENTER, INC.,<br><br>Defendants. | Case No.: 2:19-cv-6454<br><br>**NOTICE OF PENDENCY OF OTHER ACTION**<br><br>[PURSUANT TO CIVIL LOCAL RULE 83-1.4] |

1  PLEASE TAKE NOTICE THAT, pursuant to Civil Local Rule 83-1.4.1 – 1.4.2, Defendants Amazon.com, Inc. and a2z Development Center, Inc. hereby give notice of pendency of the following action: *Adamsky, et al. v. Amazon.com, Inc., et al.*, United States District Court for the Western District of Washington, Case No. 2:19-cv-01214-JCC (the "Adamsky Action"). A copy of the Complaint filed in the Adamsky Action is attached hereto as Exhibit 1.

<u>Civil Local Rule 83-1.4.1</u>

Pursuant to Civ. L.R. 83-1.4.1, a party should notify the Court of the pendency of an action whenever a civil action "removed to this Court involves all or a material part of the subject matter of an action then pending before … any other federal or state court."

The Adamsky Action is a class action lawsuit filed in the Western District of Washington by 33 minor Plaintiffs, through 33 guardians, against Defendants Amazon.com, Inc. and a2z Development Center, Inc. alleging deceptive practices and privacy violations arising under the Federal Wiretap Act (18 U.S.C. § 2510) and various state laws in Alabama, Arizona, California, Connecticut, Delaware, Florida, Georgia, Illinois, Kentucky, Louisiana, Massachusetts, Michigan, Minnesota, Mississippi, Nevada, New York, North Carolina, Ohio, Pennsylvania, Texas, Vermont, Virginia, and Wisconsin related to the alleged use of Alexa-enabled devices in Plaintiffs' homes.

The Adamsky Action involves allegations highly similar to this action of voice recordings of minors without consent by Alexa-enabled devices. Thus, the allegations in the Adamsky Action concern the same course of conduct—resulting in the same alleged injuries to users of Alexa-enabled devices in various states around the nation—as does this case for California.

\\
\\
\\

FENWICK & WEST LLP
ATTORNEYS AT LAW

The contact information for the attorneys for the Plaintiffs in the Adamsky Action are:

Matthew J. Ide
IDE LAW OFFICE
7900 SE 28th Street, Suite 500
Seattle, WA 98040
Tel.: 206.625.1326
Fax: 206.622.0909
mjide@yahoo.com

Gary E. Mason
WHITFIELD BRYSON & MASON LLP
5101 Wisconsin Ave., NW, Ste. 305
Washington, DC 20016
Tel: 202.640.1160
Fax: 202.429.2294
gmason@wbmllp.com

Gary M. Klinger
KOZONIS & KLINGER, LTD.
4849 N. Milwaukee Ave., Ste. 300
Chicago, IL 60630
Tel.: 312.283.3814
Fax: 773.496.8617
gklinger@kozonislaw.com

Fenwick & West LLP represents Defendants Amazon.com, Inc. and a2z Development Center, Inc. in both this action and the Adamsky Action.

Laurence F. Pulgram
lpulgram@fenwick.com
Tyler G. Newby
tnewby@fenwick.com
Molly R. Melcher
mmelcher@fenwick.com
Armen N. Nercessian
anercessian@fenwick.com
Avery L. Brown
avery.brown@fenwick.com
FENWICK & WEST LLP

|   |   |   |
|---|---|---|
| 1 | 555 California Street, 12th Floor | |
| 2 | San Francisco, CA 94104 | |
|   | Telephone: 415.875.2300 | |
| 3 | | |
| 4 | Mary M. Griffin | |
|   | mgriffin@fenwick.com | |
| 5 | FENWICK & WEST LLP | |
| 6 | 801 California Street | |
|   | Mountain View, CA 94041 | |
| 7 | Telephone: 650.988.8500 | |
| 8 | Dated:  August 23, 2019 | FENWICK & WEST LLP |

By: */s/ Laurence F. Pulgram*
Laurence F. Pulgram
Tyler G. Newby
Molly R. Melcher
Armen N. Nercessian

Attorneys for Defendants
AMAZON.COM, INC., and
A2Z DEVELOPMENT CENTER, INC.